■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILL BAGGENETT, True Name JESSE F. COLLINS, Appellant. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 3 A D 2d 860.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. PHILIPP A. HATTEMER, Defendant. — Motion to dismiss an indictment upon inspection of the minutes of the Grand Jury of the Extraordinary Trial and Special Term of the Supreme Court of Suffolk County. Motion granted, indictment dismissed, and bail exonerated. The indictment charges defendant with violations of section 1841 of the Penal Law. The testimony before the Grand Jury was insufficient in that there was no proof to show that the defendant willfully neglected to perform a duty enjoined by law. To warrant intentional neglect it had to be shown that defendant had actual knowledge that the purchases of food had been made in violation of the requirements with respect to notice and bidding. (American Surety Co. v. Sullivan, 7 F. 2d 605, 606; People v. Foster, 204 App. Div. 295; Gardner v. People, 62 N. Y. 299; People v. Marrin, 205 N. Y. 275, 279-280; People v. Harrison, 238 N. Y. 348, 351-352.) Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ REGINA RODIN, Appellant, v. MAX STABINS et al., Respondents. REGINA RODIN et al., Appellants, v. MAX STABINS et al., Respondents. — Motion for leave to appeal to the Appellate Division, and for other relief, denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ JACK YARMOVE, Appellant, v. SINCLAIR ROBINSON et al., Respondents. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 3 A D 2d 864.]

■ FREDERICK G. BLAIR, Respondent, v. JULIUS HOLZBERG, Defendant, and PORT JERVIS CARPET CORPORATION, Appellant. — Action to recover money alleged to be due on a written contract. The appeal is (a) from an order dated May 21, 1956 vacating a judgment insofar as it imposes a condition that appellant file security for the payment of any judgment which may be recovered, (b) from an order dated October 1, 1956 denying appellant's motion to modify the order of May 21, 1956 and (c) from an order dated June 8, 1956 denying, on appellant's consent and without prejudice, its motion to dismiss the complaint for legal insufficiency. Order dated May 21, 1956 insofar as appealed from and order dated October 1, 1956 affirmed, with $20 costs and disbursements. No opinion. Appeal from order dated June 8, 1956 dismissed, without costs. The order is not appealable. (Belfi v. International Commercial Corp., 277 App. Div. 787; Weinrib v. American Binder Co., 270 App. Div. 914; Kennedy v. Mahoney, 281 App. Div. 831; La Bue v. Tilo Roofing Co., 282 App. Div. 710.) Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.